IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JORGE HECTOR VALENCIA**                                                                 **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 5:08-cv-172-DCB-MTP**

**CONSTANCE REESE, RUSSELL PERDUE,**
**ROY C. CHEATHAM, UNKNOWN CASTELLI,**
**DEBRA DAWSON, DARRYL HOOKS AND**
**MICHAEL MURKSEY**                                              **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   8th   day of July, 2008.


                                              S/David Bramlette
                                              UNITED STATES DISTRICT JUDGE